IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | |
| vs. | ) | No. CR-98-153-C |
| SCOTT ALEX COPLEN, | ) | |
| Defendant | ) | |

O R D E R

After examination of the Motion filed herein on May 31, 2016 pursuant to 28 U.S.C. §2255,

IT IS ORDERED THAT:

1. The United States Attorney for the Western District of Oklahoma shall file an answer responding to the allegations of the Motion within twenty (20) days from the date hereof. The response should present:

(a) Whether the Movant has used any other available federal remedies including any prior post conviction motions. The answer shall also state whether an evidentiary hearing was accorded the Movant in a federal court;

(b) The requirement for an evidentiary hearing as to each of the grounds alleged, as well as

(c) An analysis of each of said grounds and any cases and supporting documents relied upon by the respondent in opposition to the same;

IT IS SO ORDERED this 6th day of June, 2016.

*(signature)*
ROBIN J. CAUTHRON
United States District Judge